JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA MARTINEZ, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | Case No. 5:20-cv-00463-JGB (KKx)<br><br>**ORDER ON STIPULATION TO TRANSFER ACTION TO THE EASTERN DISTRICT OF MICHIGAN PURSUANT TO THE FIRST-TO-FILE RULE**<br><br>[CLASS ACTION] |

Presently before the Court is Plaintiff Melinda Martinez and Defendant FCA US LLC's Stipulation to Transfer Action to the Eastern District of Michigan Pursuant to the First-to-File Rule. Based on the stipulation of the parties, and good cause appearing therefore, the Court **ORDERS** the Clerk of the Court to **TRANSFER** this action to the United States District Court for the Eastern District of Michigan and **VACATES** all pending deadlines.

**IT IS SO ORDERED.**

Dated: May 7, 2020

_____
Hon. Jesus G. Bernal
United States District Judge